UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VINEY AIKENS, ET AL

VERSUS

CREDIT PLAN OF BATON ROUGE, INC.

CIVIL ACTION

NO. 05-307-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 13, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the claims of the following plaintiffs are dismissed, with prejudice, for failure to prosecute under Rule 41(b), Fed.R. Civ. P., and as a sanction under Rule 16(f), Fed.R.Civ. P.:

Anthony Barrow, Michael Cooper, Derrick Holiday, Carol McQuairter, A.C. McQuirter, Teron Potter, William Sanders, Lesli Terito, Jason Van Buskirk, Lee Woods.

Baton Rouge, Louisiana, September 10, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA